Rich Curtner
Federal Defender
Daniel F. Poulson
Legal Research and Writing Specialist
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400
(907) 646-3480 fax
Email: rich_curtner@fd.org
daniel_poulson@fd.org

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>DAVID P. GEOZOS,<br>  Defendant. | Case No. 3:06-cr-00082-RRB<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that David P. Geozos, appeals to the United States Court of Appeals for the Ninth Circuit from this Court's January 6, 2017, order denying Mr. Geozos' Section 2255 motion (Docket No. 159).

Transcript required (yes or no): <u>Yes.</u>  If yes, date ordered or to be ordered: January 9, 2017 (including arrangements for payment with court recorder).

DATED this 10th day of January, 2017.

Respectfully submitted,

*/s/ Daniel F. Poulson*
Daniel F. Poulson
Legal Research and Writing Specialist

<u>Certificate of Service</u>:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on January 10, 2017. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Daniel F. Poulson*

*United States v. David P. Geozos*
Case No. 3:06-cr-00082-RRB    Page 2 of 2

Case 3:06-cr-00082-RRB   Document 161   Filed 01/10/17   Page 2 of 2