IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DAVID P. GEOZOS,<br><br>　　　　　　　Defendant. | Case No. 3:06-cr-00082-RRB<br><br>**ORDER VACATING SENTENCE** |

　　　　Pursuant to the Order of the United States Court of Appeals for the Ninth Circuit filed August 29, 2017, Defendant-Appellant's sentence is hereby VACATED subject only to the supervised release provisions of his original judgment.  Defendant shall be released from custody immediately.

　　　　IT IS SO ORDERED this 29th day of August, 2017, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ralph R. Beistline*
　　　　　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge